7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Pamela Ann Riley (TRNSFD TO SOUTHERN DIV) *Bankruptcy Case No.*
*Debtor* 12–30913–abf7

**Norman Rouse**
    Plaintiff(s)     *Adversary Case No.*
    14–06033–abf

v.

**Pamela Ann Riley**
    Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that in accordance with the Order Approving Settlement Agreement(Doc. No. 11, entered by the court on 1/27/2015), Judgment is hereby entered in favor of the Plaintiff, Norman E. Rouse as follows: Defendant, Pamela Ann Riley shall pay the Trustee $3381.35 by June 1, 2015. If not paid, and if not cured after ten day notice of default, the debtor's discharge shall be revoked pursuant to ll U.S.C. Section 722(d)(2).

    Ann Thompson
    Court Executive

    By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 1/27/15

Court to serve